IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PENNYMAC LOAN SERVICES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-310-RP |
| | § | |
| JAMES HENRY STEAPLES, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Dustin Howell concerning Plaintiff PennyMac Loan Services, LLC's ("PennyMac") motion for default judgment as to Defendants Ethan Steaples and Josie Steaples, (Dkt. 19). (R. & R., Dkt. 20). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Howell issued his report and recommendation on April 2, 2026. (*Id.*). As of the date of this order, no party has filed objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

1

Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, **IT IS ORDERED** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 20), is **ADOPTED**. Plaintiff's Motion for Default Judgment, (Dkt. 19), is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that PennyMac is awarded prejudgment and post-judgment interest at a rate of 2.625% per annum.

**IT IS FURTHER ORDERED** that the Court will issue the following declaratory judgment:

1. PennyMac is the mortgagee of the deed of trust securing the real property and improvements commonly known as 461 Dove Trail, Bertram, Texas 78604, and is entitled to enforce the note and deed of trust;

2. PennyMac has a statutory probate lien against the property under the terms of the loan, as well as Texas Estates Code §§ 101.001 and 101.051; and

3. PennyMac may proceed with non-judicial foreclosure of the property.

**IT IS FINALLY ORDERED** that PennyMac's request for attorney's fees is **DENIED WITHOUT PREJUDICE**.

The Court will enter final judgment by separate order.

**SIGNED** on April 17, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2