IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

PENNYMAC LOAN SERVICES, LLC, §
§
Plaintiff, §
§
v. § 1:25-CV-310-RP
§
JAMES HENRY STEAPLES, et al., §
§
Defendants. §

## FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Dustin Howell's report and recommendation concerning Plaintiff PennyMac Loan Services, LLC's ("PennyMac") motion for default judgment as to Defendants Ethan Steaples and Josie Steaples, (Dkt. 19). (R. & R., Dkt. 20). The Court granted PennyMac's motion for default judgment. Accordingly, the Court renders this default judgment pursuant to Federal Rule of Civil Procedure 55.

**IT IS ORDERED** that default judgment is awarded in favor of PennyMac.

**IT IS FURTHER ORDERED** that PennyMac is awarded prejudgment and post-judgment interest at a rate of 2.625% per annum.

**IT IS FURTHER ORDERED** that the Court issues the following declaratory judgment:

1. PennyMac is the mortgagee of the deed of trust securing the real property and improvements commonly known as 461 Dove Trail, Bertram, Texas 78604, and is entitled to enforce the note and deed of trust;

2. PennyMac has a statutory probate lien against the property under the terms of the loan, as well as Texas Estates Code §§ 101.001 and 101.051; and

3. PennyMac may proceed with non-judicial foreclosure of the property.

1

**IT IS FURTHER ORDERED** that **on or before May 1, 2026**, PennyMac shall file any motion for costs and reasonable attorney's fees, with supporting documentation, pursuant to Local Rule CV-54.

All other relief requested is **DENIED**. This case is now **CLOSED**.

**SIGNED** on April 17, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2